# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0569, <u>In the Matter of John Tierney, III and Patricia Tierney</u>, the court on May 11, 2015, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The respondent, Patricia Tierney, appeals a final decree issued by the Circuit Court (<u>Introcaso</u>, J.) in her divorce from the petitioner, John Tierney. <u>See</u> RSA 458:7,:16-a (2004). We construe her brief to argue that the trial court's division of marital property was not supported by the evidence.

It is a long-standing rule that parties may not have judicial review of issues they did not raise in the trial court. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004). It is the respondent's burden on appeal to provide a record that is sufficient to decide the issues she is raising and to demonstrate that she raised those issues in the trial court. <u>Id.</u>; <u>see</u> <u>also</u> <u>Sup. Ct. R.</u> 15(3) (if appealing party intends to argue that a ruling is unsupported by or contrary to the evidence, the party shall include a transcript of all evidence relevant to such ruling). Absent a transcript, we assume the evidence was sufficient to support the result reached by the trial court. <u>Bean</u>, 151 N.H. at 250. These rules are not relaxed for self-represented parties. <u>See</u> <u>In the Matter of Birmingham & Birmingham</u>, 154 N.H. 51, 56-57 (2006).

In this case, the respondent has not supplied a transcript of the hearing before the trial court. Thus, we cannot determine what evidence was offered or what arguments were raised. <u>See</u> <u>Bean</u>, 151 N.H. at 250. Therefore, we assume that the evidence was sufficient to support the trial court's determination. <u>Id.</u>

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**